John King, plaintiff in pro se
Post Office Box 18703
Denver CO 80218
303 229 7880
johnnyk95445@yahoo.com

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*12:10 pm, Jun 22, 2021*
**JEFFREY P. COLWELL, CLERK**

## UNITED STATES COURT FOR THE DISTRICT OF COLORADO DENVER

| | |
|---|---|
| JOHN KING, plaintiff, | VERIFIED COMPLAINT AND SUPPORTING |
| vs. | DECLARATION FOR T.R.O. ENJOINING |
| SILVA-MARKHAM PARTNERS, | EVICTION FROM HUD HOUSING IN |
| JOSE SILVA, | RETALIATION FOR ATTEMPTED |
| HOLLY JACKSON, | COMMUNITY ORGANIZATION AND |
| BOBBY NATHAN, | ENFORCEMENT OF ADA AND OTHER |
| TAMMEN HALL APARTMENTS LLC, | FEDERALLY PROTECTED CIVIL RIGHTS |
| defendants. | |

ADA REQUEST FOR ACCOMMODATION OF DISABILITY - COURT FORMS: I am severely disabled from writing. My hands are crippled and I use voice recognition software on a computer to create text and to navigate through the text. It is very difficult and time consuming for me to plead by filling out forms. I am experienced in pleading. I respectfully request this court to allow me exemption from using court forms for pleading in pro se, and to instead allow me to plead ad libitum as a reasonable accommodation for disability. I cannot change the format of the headers and footers.

**JURISDICTION**: Federal questions arising from U.S. Constitution First Amendment rights to speech, association and assembly, and federal rights to post and distribute notices and to associate and to assemble and meet to form tenants associations in HUD assisted multi-family housing, provided by Title 42 USC, Part 245, Subpart B, §245.115, Code of

Federal Regulations, and federal rights provided by the Americans With Disabilities Act (ADA), and other federal questions over which this court has jurisdiction and authority, are presented in this action.

In addition, due to present immediate urgency not allowing time for assembly and evaluation of extensive evidence and composing corresponding pleadings, plaintiff will elect to amend the complaint in accordance with Rule 15, to include requests for relief for State torts including breach of contract and defamation, arising from the concurrent actions and omissions of the same parties, under the same circumstances, at the same times and the same places, so this is therefore the correct court to hear and adjudicate these causes of action.

 **VENUE**: All the persons and parties involved reside within, or have their principal office of business within, and all the acts and omissions giving rise to the causes of this action occurred within, the City and County of Denver, State of Colorado, so this is therefore the correct court to hear and adjudicate these causes of action.

**INITIAL JURISDICTION and URGENCY**: No court papers from any state or federal court have been served on any of the parties by any other of the parties, but Plaintiff has been given notice to quit by 1 July 2021 or have the defendants immediately seek possession in State court, and plaintiff has been emailed an invalid notice by defendants' attorney to cease and desist communicating with anyone in the building in speech or writing, based on false charges for which no facts exist which would convince a reasonable person nor a court of law, and to cease posting notices of federally protected civil rights and defendants' violation of them, and to cease trying to form a tenants

association, all of which constitutionally protected conduct plaintiff intends to continue peacefully, and he believes that in retaliation for this defendants may use the same false charges, which insinuate that he is aggressive, violent, and dangerous, to immediately file and serve him with baseless court process. Plaintiff's loss of this unique housing would be disastrous for reasons unique to the plaintiff because of multiple disabilities.

**VERIFIED COMPLAINT:** I am the PLAINTIFF in pro se, JOHN KING, 77 years 11 months of age. I plead in the first person, and this is my combined verified complaint and supporting declaration/affidavit, to afford me efficiency in pleading and to afford the court efficiency in reading. I affirm under penalty of perjury under the laws of the United States that the facts I recite herein are true according to my own direct knowledge from observation and experience, and/or my belief based upon reasonable information convincing to a reasonable person.

1) I am retired and living on Social Security retirement income and a Section 8 housing voucher. Since January 2020, I have been a resident at, and I am the first resident of, apartment #502 at Tammen Hall Apartments, 1010 E. 19th Avenue, Denver, Colorado, the former nurses' dormitory for St. Joseph Hospital, recently beautifully completely remodeled into 49 low income 62+ senior apartments. The building was only open for rental for the first time in late 2019.

2) **DEFENDANTS SILVA-MARKHAM PARTNERS (SMP**) are, and have been during all times giving rise to these causes of action, property managers of Tammen Hall Apartments, with their principal office of business at 1325 South Colorado Blvd., Denver.

/

3) **DEFENDANT ALPHONSO SILVA** is and has been during all times giving rise to these causes of action, President and C.E.O. of Silva-Markham Partners.

4) **DEFENDANT HOLLY JACKSON** is and has been during all times giving rise to these causes of action, Vice President of Operations of Silva-Markham Partners.

5) **DEFENDANT BOBBY NATHAN** is now, and has been since January 2020, Silva-Markham Partners' on-site daytime property manager at Tammen Hall Apartments.

6) **DEFENDANTS TAMMEN HALL APARTMENTS LLC** is and has been during all times giving rise to these causes of action, owner of record of the title to the real property of Tammen Hall Apartments, 1010 East 19th Avenue, Denver, with offices at 1936 West 33rd Avenue, Denver.

## PLAINTIFF'S DISABILITIES

7) I am 5 feet 2-1/2 inches tall and I weigh approximately 120 pounds. I suffer ambulatory disabilities, as result of arthritic degeneration and fusion of my hip joints, and subsequent surgical replacement of my hip joints with artificial protheses, and I suffer from chronic injuries to my knees and ankles. However I can ride a bicycle with relatively little difficulty, because then there is no weight on my legs, and I sometimes use a small, although sufficient-for-a small-adult sized, Razor push scooter to get around town, and in stores and offices.

8) I have suffered fracture of my 12th thoracic vertebrae, and rupture and herniation of my 4/5th lumbar intravertebral disc, and I have suffered two episodes of herpes zoster (shingles), with consequent lower body nerve damage resulting from both.

9) From overuse all my life, I suffer severe chronic repetitive stress injuries to the

entirety of both of my upper extremities, including both of my shoulders, both of my elbows, both of my forearms, both of my wrists, both of my thumbs, and all of my fingers. I cannot write with a pen nor a pencil more than a few words. My arms and hands hurt all the time. I cannot make handwritten lists, nor sign my name more than a few times. I have been so disabled in the past that at times I have been unable to lift food to my mouth and I have had to have someone feed me as though I were an infant. Before moving to my present residence I was authorized 30 hours per month state in-home health care.

10) I rely on voice recognition software on my computer to produce text and to navigate through the text. I require levers on doors and faucets. I am disabled from pinching with my fingers and twisting to open doors and operate faucets.

11) I suffer a chronic obstruction in the eustachian tube of my right ear. My hearing is acute and I have no trouble understanding normal conversation in a quiet room, but the obstruction in that ear creates and amplification and distortion of background noise, which drowns out what I can hear in the other ear, so I cannot understand conversation very well in a noisy environment.

12) I have suffered severe post-traumatic stress, and I suffer severe post-traumatic stress disorders (PTSD), including severe chronic depression, hyper-vigilance, excessive startle response, and a "fisted stomach" (make a fist then try to stuff a tuna sandwich in it) due to severe chronic anxiety, for which I had psychological counseling for about five years, between 2008 to 2013. My psychologist at that time told me that I have as severe PTSD symptoms as any combat soldier she had ever treated. I am now receiving, and have

COMPLAINT KING V. SILVA-MARKHAM PARTNERS                              6/22/21, 6:23 AM

been receiving, since June 2020, psychological counseling for PTSD from Dr. Holly

Capello, PhD., as result of the events giving rise to the causes of this action.

13) The Notice to Cease and Desist, {Exhibit A}, only emailed to me by SMP

counsel June Torres, and my response to the notice, [Exhibit B], will show the court the

immediate circumstances, and my response recites the bare facts of the case, and

defendants' counsel's letter clearly shows their malicious and clearly unlawful conduct in

their own words.

14) I am an honorable man of good character and conduct. I know the law and I

follow it. The law is my sword and shield and I need no other. I have never at any time

committed any inappropriate nor unlawful conduct here, nor done anything I should not

have done, and had a right under law to do, nor which any provisions in any lease may

prohibit nor prevent me from doing, and no facts exist which would convince a

reasonable person nor a court of law otherwise.

15) **<u>SINCE I HAVE BEEN AT TAMMEN HALL, AMONG OTHER THINGS</u>**, I have

achieved the installation of a lever on the outside gate used by most tenants which is

required by the ADA so people in wheelchairs can open the gate, when SMP at first

refused repeated polite requests.

16) I have achieved the proper adjustment of door closers on apartment doors at

Tammen Hall to take at least 5 seconds to go from 90 degrees open to 12 degrees open as

required by the ADA, when they had NO delay and the 100 pound doors were knocking

disabled residents down, and the building should never have been opened for residency

without the proper adjustment.

17) I have achieved the installation of window screens throughout the building on order of the Health Dept when SMP had refused claiming a non-existent "exemption for historical building."

18) I have called attention to the fact that SMP caused the entire water supply to Tammen Hall Apartments to be temporarily cut off by the water dept, for failure to install a back flow valve, and failure to respond to repeated notices and warnings. I have a copy of the cutoff notice that was posted on the office door.

19) I have called attention to the fact that SMP have failed to address defective "dry p-traps" in each apartment's HVAC, which allow noxious sewer gasses into apartments in violation of health laws, and allow exchange of cooking odors and bathroom odors between apartments.

20) I hired an HVAC company who discovered it, then called attention to the fact that SMP allowed 4 of the 6 "column exhaust fans" on the roof, which suck air from the vents in bathrooms and kitchens, to totally disintegrate, for lack of maintenance, much less inspection. I saw them, the belts broken, the pulley wheels disintegrated into metal pieces. This is exemplary and characteristic of the gross negligence and incompetence of SMP.

21) I have called attention to the fact that all tenants have a right under federal law to choose any internet service provider, yet SMP unlawfully tells us this is a "Comcast only building," and refuses to allow other providers access to the building.

22) I have posted notices urging voting, registering for the census, asking if there are tenants who would need help in an emergency evacuation, announcing that I had contacted the attorneys for the property owners of the nearby Safeway about making the

shopping center accessible for people in wheelchairs, which it is not now, as people in wheelchairs have to ride through the parking lot with cars to get to the Safeway from any surrounding sidewalk, and the attorneys had told me they had submitted plans to the City and waiting for approval, posters with the latest  authoritative information on COVID-19, etc., and defendant BOBBY NATHAN has removed every one as "unauthorized." {Exhibits C-H], and a "Lease Violation Warning" [Exhibit "I"] was posted on my door in response.

23) On 8 May 2021I was physically attacked without provocation by a 20-30 year old visitor, with gang and prison tattoos, of a Tammen Hall resident, in the back parking lot of Tammen Hall. I was wearing a body camera which recorded the entire incident [Exhibit "M".mp4 on CD]. Yet SMP has falsely claimed that I assaulted him, and have given me notice to quit [Exhibit "J"].

24) I have emailed defendant BOBBY NATAN a request to use the community meeting room explicitly to meet to form a tenants association, and he has emailed me a denial without giving any reason [Exhibit "K" -transcript of email exchange], and has locked the the meeting room and auditorium and posted signs threatening calling police on anyone attempting to use them  [Exhibit "L" - photo of sign on locked meeting room.]

25) Defendants have taken, and are continuing to take, and are imminently threatening to take, more unlawful action which could cause plaintiff serious injury and loss and damages which could not be compensated by money and plaintive has no remedy at law than a temporary restraining order. Plaintiff can not post security, but defendants can not claim to suffer any loss or damage from such an order, so have no requirement for security.

**THEREFORE THIS COURT HAS AUTHORITY UNDER RULE 65 AND PLAINTIFF RESPECTFULLY REQUESTS THE FOLLOWING TEMPORARY RESTRAINING ORDERS:**

1) Enjoining defendants from filing and serving plaintiff with any civil litigation to recover possession of the premises;

2) Enjoining defendants from attempting to prevent plaintiff or anyone from, or retaliate against plaintiff or anyone for, constitutionally protected conduct and/or conduct authorized by federal housing laws;

3) Enjoining defendants from restricting internet service in the building to Comcast only; all until this court has reviewed the matter.

**VERIFICATION**: I am the plaintiff in pro se John King. I am the sole author of this action and all the papers supporting it. I have written the papers and I have read them after reading them, and I affirm under penalty of perjury under the laws of the United States that the facts I have recited herein are true according to my own direct knowledge from observation and experience, and/or my belief based upon reasonable information convincing to a reasonable person.

Signed at Denver, Colorado, on 21 June 2021,

JOHN KING, plaintiff in pro se