# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01703-LTB

JOHN KING,

    Plaintiff,

SILVA-MARKHAM PARTNERS,
JOSE SILVA,
HOLLY JACKSON,
BOBBY NATHAN,
TAMMEN HALL APARTMENTS LLC,

    Defendants.

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on July 28, 2021, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 28 day of July, 2021.

        FOR THE COURT,

        JEFFREY P. COLWELL, Clerk

        By: s/ E. Van Alphen
           Deputy Clerk